UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CHRISTA REEL                      )
                                  )
v.                                ) Civil Action No. 3:14-0855
                                  ) Judge Nixon/Knowles
MARRIOT HOTEL SERVICES, INC.      )

## O R D E R

The Initial Case Management Conference previously set for June 2, 2014, at 10:00 a.m. is hereby rescheduled for **June 4, 2014, at 10:00 a.m.** before the undersigned. Prior to the hearing, counsel for the parties are directed to confer on a Proposed Case Management Order for the progression of this case, which shall be submitted three (3) days prior to the Case Management Conference.

IT IS SO ORDERED.

E. CLIFTON KNOWLES
United States Magistrate Judge